UNITED STATES of America,
Appellee,

v.

James Alford CHATMAN, Appellant.

No. 26120.

United States Court of Appeals,
Ninth Circuit.

Feb. 2, 1971.

Michael Korn, Van Nuys, Cal., for appellant.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., John W. Hornbeck, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before MERRILL, KOELSCH and WRIGHT, Circuit Judges.

PER CURIAM:

The record manifests that the district court's denial of Chatman's mid-trial motion to dismiss counsel and to appoint a

---

replacement did not constitute an abuse of discretion.[1]

This conclusion is dispositive of the appeal.

Judgment affirmed.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Louis Joseph GIOVANINI, Appellant.

No. 26260.

United States Court of Appeals,
Ninth Circuit.

Feb. 5, 1971.

David M. Rothman (argued), Los Angeles, Cal., for appellant.

Irving Prager (argued), Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Los Angeles, Cal., for appellee.

Before CHAMBERS, MURRAH* and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

We find that United States v. Haughton, 413 F.2d 736 (9th Cir. 1969), and Gutknecht v. United States, 396 U.S. 295, 90 S.Ct. 506, 24 L.Ed. 532 (1970), relied upon heavily by defendant-appellant, are of no assistance to him on the facts here.

---

1. The record likewise demonstrates that counsel afforded Chatman effective legal representation.

* The Honorable Alfred P. Murrah, Senior Circuit Judge. Tenth Circuit, sitting by designation.